UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAUN GHAISARZADEH,

    Plaintiff,

v.                                                     Case No. 5:20-cv-231-TKW/MJF

W. SUMMERS, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This *pro se* prisoner case is before the court on referral from the clerk of the court.[1] On March 22, 2021, the undersigned screened Plaintiff's complaint and notified him that the facts as presented failed to state a plausible claim for relief against the named Defendants. (Doc. 6). The undersigned ordered Plaintiff to file an amended complaint or a notice of voluntary dismissal. (*Id.*). Plaintiff was warned that failure to comply with this order likely would result in dismissal of this case. (*Id.*). Plaintiff has not complied with the order and has not responded to the May 9, 2021, show-cause order. (Doc. 7).[2]

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The show-cause order had a 19-day response deadline. On May 17, 2021, the show-cause order was returned "UNCLAIMED." (Doc. 8). The clerk of the court re-

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 15th day of July, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

mailed the show-cause order. Notably, neither the March 22, 2021, order commanding Plaintiff to file an amended complaint or notice of voluntary dismissal nor the second mailing of the show-cause order has been returned as undeliverable. Ultimately, the undersigned provided Plaintiff 47 additional days to respond in addition to the show-cause deadline.

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").