## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

SHAUN GHAISARZADEH,

     Plaintiff,

v.                                 Case No. 5:20-cv-231-TKW/MJF

W. SUMMERS, *et al.*,

     Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed due to Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 9th day of August, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**